■ In the Matter of MID-ISLAND HOSPITAL, Respondent, v. GEORGE K. WYMAN, as Commissioner of Social Welfare of the State of New York, et al., Appellants.— Motion [No. 2119] by George K. Wyman, Commissioner of Social Welfare of the State of New York, to stay enforcement of judgment (or order), pending his appeal therefrom, or in the alternative, to enlarge his time to comply with the directions contained therein, granted to the extent of enlarging his time; the time of said Commissioner to comply with the directions is enlarged until 30 days after entry of the order hereon. In all other respects, the motion is denied on the ground that the determination is not appealable as of right (see decision herewith on Motion No. 2119-A). Cross motion [No. 2119-A] by petitioner to dismiss the appeal taken by George K. Wyman, Commissioner of Social Welfare of the State of New York, granted; appeal dismissed, without costs. In our opinion the determination here sought to be reviewed is not the judgment contemplated by statute (CPLR 411, 7806), but an order from which an appeal does not lie as of right (CPLR 5701, subd. [b]). Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JOHN McCORMICK, Appellant.— Motion by appellant for reargument of his appeal which was decided on June 22, 1959 (8 A D 2d 846) (*People* v. *McCormick*, 8 A D 2d 846). The motion is based upon two recent decisions of the Supreme Court of the United States (*Jackson* v. *Denno*, 378 U. S. 368; *Escobedo* v. *State of Illinois*, 378 U. S. 478). The motion for reargument is denied for the reasons stated by this court in *People* v. *Hovnanian* (22 A D 2d 686). Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY ROBINSON, Appellant.— Motion by appellant for the reargument of his appeal. The appeal was decided by this court on July 1, 1963 and leave to appeal to the Court of Appeals was thereafter denied (*People* v. *Robinson*, 19 A D 2d 777, mot. for lv. to app. den., FULD, J., Oct. 23, 1963). Reargument is sought on the basis of the recent decision of the Supreme Court of the United States (*Jackson* v. *Denno*, 378 U. S. 368). The motion is denied. The *Jackson* decision may not be applied retroactively to a case, such as the one at bar, which was previously adjudicated with finality on the basis of the law as it then existed (see *People* v. *Hovnanian*, 22 A D 2d 686). Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.